■ WASHINGTON FEDERAL SAVINGS & LOAN ASSOCIATION, Respondent, v STILLWELL HAVEN HOTEL FOR SENIOR CITIZENS, INC., Appellant; MARTIN J. AMSEL, Doing Business as GARDEN OF EDEN HOME FOR ADULTS, Respondent, et al., Defendants. (Matter No. 1.) STILLWELL HAVEN HOME FOR SENIOR CITIZENS, INC., Appellant, v WASHINGTON FEDERAL SAVINGS & LOAN ASSOCIATION et al., Respondents. (Matter No. 2.) STILLWELL

HAVEN HOME FOR SENIOR CITIZENS, INC., Appellant, v MARTIN J. AMSEL et al., Respondents. (Matter No. 3.) STILLWELL HAVEN HOME FOR SENIOR CITIZENS, INC., Appellant-Respondent, v JAY AMSEL, Respondent-Appellant. (Matter No. 4.)—Three judgments of the Supreme Court, Kings County, all dated January 9, 1984, and a judgment of the same court, dated January 10, 1984, affirmed for reasons stated in the opinion of Justice Golden at Trial Term. Respondents Washington Federal Savings & Loan Association and Baytowne Construction Corp. are awarded one bill of costs, payable by Stillwell Haven Home for Senior Citizens, Inc. Mollen, P. J., Gibbons, Rubin and Kooper, JJ., concur.